CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JAN 0 4 2010

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOHNATHAN LEE X SMITH, | ) | |
| Plaintiff, | ) | Civil Action No. 7:09-cv-00097 |
| | ) | |
| v. | ) | MEMORANDUM OPINION |
| | ) | |
| JEFFREY DILLMAN, et al., | ) | By: Samuel G. Wilson |
| Defendants. | ) | United States District Judge |

Plaintiff, Johnathan Lee X Smith, brings this action pursuant to 42 U.S.C. § 1983, alleging that the defendants failed to provide him with adequate medical care. Among the defendants to this action, plaintiff names Green Rock Correctional Center ("GRCC"). The court finds that GRCC is an improper defendant in an action brought pursuant to § 1983 and, therefore, dismisses plaintiff's claims against GRCC.

## I.

To state a cause of action under § 1983, a plaintiff must allege facts indicating that plaintiff has been deprived of rights guaranteed by the Constitution or laws of the United States and that this deprivation resulted from conduct committed by a person acting under color of state law. West v. Atkins, 487 U.S. 42 (1988). As GRCC is not a "person" subject to suit under § 1983, plaintiff cannot maintain his action against the defendant jail. See McCoy v. Chesapeake Correctional Center, 788 F. Supp. 890 (E.D. Va. 1992).

## II.

For the stated reasons, the court dismisses plaintiff's claims against GRCC and terminates GRCC as a defendant to this action.

The Clerk of the Court is directed to send copies of this Memorandum Opinion and the accompanying Order to the parties.

ENTER: This 4th of January, 2010.

_____
United States District Judge