CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JAN 04 2010

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHNATHAN LEE X SMITH, ) | |
| Plaintiff, ) | Civil Action No. 7:09-cv-00097 |
| ) | |
| v. ) | ORDER |
| ) | |
| JEFFREY DILLMAN, et al., ) | By: Samuel G. Wilson |
| Defendants. ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that plaintiff's claims against Green Rock Correctional Center shall be and hereby are **DISMISSED**. The Clerk of Court is **DIRECTED** to **TERMINATE** Green Rock Correctional Center as a defendant to this action.

The Clerk of the Court is directed to send copies of this Order and accompanying Memorandum Opinion to the parties.

ENTER: This 4th day of January, 2010.

United States District Judge